510 A.2d 351

**Jeanne E. LITTLE**

v.

**YORK COUNTY EARNED INCOME BUREAU, Appellant.**

Supreme Court of Pennsylvania.

Argued June 4, 1986.

Decided June 27, 1986.

Steven M. Carr, J. Ross McGinnis, York, for appellant.

Daniel W. Shoemaker, York, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

532

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.